IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROCHELLE MARIE HARDISON,   )
                           )   2:10-cv-00002-GEB-JFM
          Plaintiff,       )
                           )   <u>ORDER CONTINUING</u>
     v.                    )   <u>STATUS (PRETRIAL</u>
                           )   <u>SCHEDULING) CONFERENCE</u>
REMEDIOS C. COPELAND,      )
                           )
          Defendant.       )
_____)

     Since Plaintiff states in her Status Report ("SR") filed April 9, 2010, that "Defendant defaulted and the Clerk of Court made an Entry of Default today," and failed to state when a default motion will be filed, a filing date will be given.(SR 1:19-20.) Plaintiff shall either file whatever document is required to file a default motion no later than 4:00 p.m. on June 21, 2010, or Show Cause ("OSC") in writing filed no later than 4:00 p.m. on June 21, 2010, why this action should not be dismissed for failure of prosecution.  If a hearing is requested on the OSC, it will be held on July 12, 2010, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time.  A status report shall be filed fourteen (14) days prior to the status conference, in which Plaintiff is only required to explain the status of the default judgment or whether this case should be

1

1  dismissed. just prior to the status conference, which is
2  rescheduled to that date and time.
3  Dated:  April 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge